[No. 25481-2-I.    Division One.    September 30, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES E. SLADE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-03595-9, R. Joseph Wesley, J., entered December 26, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 25542-8-I.    Division One.    September 30, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL RIVERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-05225-0, Marsha J. Pechman, J., entered October 16, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 25124-4-I.    Division One.    September 30, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. THERESA FREEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-04503-2, Charles V. Johnson, J., entered November 14, 1989. *Dismissed* by unpublished per curiam opinion.